1038

No. 893, Misc. BASKIN v. TOURLENTES ET AL. C. A. 7th Cir. Certiorari denied. *William G. Clark,* Attorney General of Illinois, *John J. O'Toole,* Assistant Attorney General, and *Stuart D. Perlman,* Special Assistant Attorney General, for Tourlentes et al., and *Sheldon P. Migdal* for Carson et al., respondents.

No. 895, Misc. SHAIRD v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 899, Misc. HOFLER v. SPEARIN, PRESTON & BURROWS, INC., ET AL., DBA SPEARIN-TULLY. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Morton Alpert* for petitioner. *Emil V. Pilz* and *George Foster Mackey* for respondents.

No. 900, Misc. HILL v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 902, Misc. OWENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 904, Misc. PINKNEY v. KORET OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Everett A. Corten* for respondent Workmen's Compensation Appeals Board of California.

No. 906, Misc. ELLIOTT v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 918, Misc. TARRANCE v. LOUISIANA. Sup. Ct. La. Certiorari denied. *G. Wray Gill, Sr.,* and *George M. Leppert* for petitioner.